# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| LARRY J. SIDIROPOULOS (SBN: 183393)<br>SIDIROPOULOS LAW FIRM, APC<br>1540 SIXTH AVENUE<br>1540 SIXTH AVENUE<br>SAN DIEGO, CA 92101<br>TELEPHONE NO: 619-696-7005  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): MAJID AHMADI | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**02/04/2019** at 03:38:23 PM<br>Clerk of the Superior Court<br>By Marc David, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 WEST BROADWAY
MAILING ADDRESS: 330 WEST BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101
BRANCH NAME: HALL OF JUSTICE

PLAINTIFF: MAJID AHMADI, AN INDIVIDUAL;

DEFENDANT: MERCEDES BENZ USA, LLC; A DELEWARE LIMITED LIABILITY COMPANY; AND

[X] DOES 1 TO 100, INCLUSIVE;

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE  [X] OTHER (specify): PRODUCT LIABILITY
  [X] Property Damage  ☐ Wrongful Death
  [X] Personal Injury  ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
              ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
37-2019-00006645-CU-PA-CTL

1. Plaintiff (name or names): MAJID AHMADI

   alleges causes of action against defendant (name or names): MERCEDES BENZ USA, LLC

2. This pleading, including attachments and exhibits, consists of the following number of pages: SIX

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

| | |
|---|---|
| SHORT TITLE: AHMADI V. MERCEDES BENZ USA, LLC | CASE NUMBER: |

PLD-PI-001

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: MERCEDES BENZ USA, LLC
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe)*:
   - (4) ☐ a public entity *(describe)*:
   - (5) ☒ other *(specify)*: A DELEWARE LIMITED LIABILITY COMPANY;

   b. ☐ except defendant *(name)*:
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe)*:
   - (4) ☐ a public entity *(describe)*:
   - (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe)*:
   - (4) ☐ a public entity *(describe)*:
   - (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe)*:
   - (4) ☐ a public entity *(describe)*:
   - (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1-100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE: AHMADI V. MERCEDES BENZ USA, LLC | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $ 0.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: FEBRUARY 2, 2019

LARRY J. SIDIROPOULOS
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: AHMADI V. MERCEDES BENZ USA, LLC. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—Products Liability      Page FOUR
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: MAJID AHMADI

Prod. L-1. On or about *(date)*: FEBRUARY 4, 2017   plaintiff was injured by the following product:
PLAINTIFF WAS INJURED WHEN PLAINTIFF'S 2010 GL 55 MERCEDES BENZ DRIVER'S SEAT AND DRIVER'S SEATBELT MALFUNCTIONED AND AS A RESULT DID NOT HOLD PLAINTIFF IN THE AFOREMENTIONED SEAT, CAUSING PLAINTIFF TO BECOME EJECTED FROM SAID VEHICLE AND TO SUFFER SERIOUS AND PERMENANT INJURIES.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X] used in the manner intended by the defendants.
[X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[X] purchaser of the product.           [X] user of the product.
[ ] bystander to the use of the product.  [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. [X] Count One—Strict liability of the following defendants who
  a. [X] manufactured or assembled the product *(names)*: MERCEDES BENZ USA, LLC.

    [X] Does 1 to 20;
  b. [X] designed and manufactured component parts supplied to the manufacturer *(names)*:
  MERCEDES BENZ USA, INC.

    [X] Does 21 to 40;
  c. [X] sold the product to the public *(names)*: MERCEDES BENZ USA, LLC.

    [X] Does 41 to 60;
Prod. L-5. [X] Count Two—Negligence of the following defendants who owed a duty to plaintiff *(names)*:
  MERCEDES BENZ USE, INC.

    [X] Does 61 to 80;
Prod. L-6. [X] Count Three—Breach of warranty by the following defendants *(names)*: MERCEDEX BENZ USA, LLC.

    [X] Does 81 to 100;
  a. [X] who breached an implied warranty
  b. [X] who breached an express warranty which was
    [X] written [X] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment-Prod. L-7  [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001(2)

| SHORT TITLE: AHMADI V. MERCEDES BENZ USA, LLC. | CASE NUMBER: |
|---|---|

SECOND _____ CAUSE OF ACTION—General Negligence          Page FIVE___
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: MAJID AHMADI

alleges that defendant *(name)*: MERCEDES BENZ USA, LLC

[X] Does 1____ to 100;____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: FEBRUARY 4, 2017
at *(place)*: 1500 COAST BOULEVARD, CITY OF DEL MAR, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA;
*(description of reasons for liability):*

1. Plaintiff hereby alleges, upon information and belief, at the time of the Incident, the Vehicle and its component sub-assemblies at issue in this action were in the same essential condition as they were at the time that they left the Defendant Manufacturers' control.

2. Upon information and belief, Plaintiff hereby further alleges, that at all times relevant herein, Defendants, MERCEDES BENZ USA, LLC, and DOES 1-100, and each of them, took part in and/or were responsible for the manufacture, selection, inspection, testing, design, assemblage, equipment, marketing, distribution, and/or sale of Plaintiff's 2010 Mercedes Benz ML 55 (hereinafter "VEHICLE" and its component parts, including but not limited to its defective driver's front seats and seatbelt systems, to Plaintiff at some point prior to the Incident on February 4, 2017;

3. Upon information and belief, Plaintiff hereby further alleges, that at all times relevant herein, Defendants MERCEDES BENZ USA, LLC. and Does 1-100; and each of them, manufactured the "VEHICLE" and its driver's front driver's seats and seatbelt systems and each Defendant owed Plaintiff a duty of reasonable care to manufacture, select, inspect, test, assemble, equip, market, distribute, and sell the subject "VEHICLE" and its components, including the driver's frontal seats and seatbelt systems, so that they would provide a reasonable degree of occupant protection and safety during foreseeable collisions occurring in the real world highway environment of its expected use.

(CONTINUED ON PAGE SIX)

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
CAUSE OF ACTION—General Negligence
Legal Solutions Plus
Code of Civil Procedure 425.12

| SHORT TITLE: AHMADI V. MERCEDES BENZ USA, INC. | CASE NUMBER: |
|---|---|

GENERAL NEGLIGENCE-(CONTINUED FROM PAGE FIVE)

4. At all times relevant herein, as manufactured, selected, inspected, tested, assembled, equipped, marketed, distributed, and sold by Defendants, MERCEDES BENZ USA, LLC. and Does 1-100, the "VEHICLE" is and was uncrashworthy, defective, unreasonably dangerous, and unsafe for foreseeable users and occupants because its driver's front seats and seatbelt systems were inadequately designed and constructed in a careless manner and as a result, defendants, and each of them, breached their duties of care owed to Plaintiff by:

(a) failing to adopt and implement adequate safety hierarchy procedures and policies;

(b) failing to ensure that the subject "VEHICLE" was reasonably crashworthy;

(c) failing to exercise reasonable care in the manufacture of the subject "VEHICLE" and its driver's front seats and seatbelt system;

(d) failing to exercise reasonable care in the testing of the subject "VEHICLE" and its driver's front seats and seatbelt systems;

(e) failing to exercise reasonable care in the inspection of the "VEHICLE" and its driver's front seats and seatbelt systems;

(f) failing to exercise reasonable care in the inspection of the "VEHICLE" and its driver's frontal seats and seat belt systems;

(g) failing to adopt and implement adequate warnings regarding "VEHICLE" and its driver's front seats and seatbelt systems;

(h) failing to incorporate appropriate quality assurance procedures in manufacture of the of the subject Vehicle and its driver's front seats and seatbelt systems;

(i) and on such other and further particulars as the evidence may show.

(Required for verified pleading) The items on this page stated on information and belief (specify item numbers, not line numbers): (a through f, above)

This page may be used with any Judicial Council form or any other paper filed with this court.  Page SIX

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501